UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:                                                                                    CASE NO. 17-10658
JACK MOORMAN ELECTRICAL CONTRACTORS, INC.          CHAPTER 7
    DEBTOR

APPLICATION TO SELL MOVABLE AND IMMOVABLE PROPERTY AT PUBLIC AUCTION,
FREE AND CLEAR OF LIENS, REFERRING LIENS TO THE PROCEEDS,
EMPLOY AUCTIONEER AND FIX COMPENSATION, NOTICE OF HEARING
<u>AND RESPONSE DEADLINE AND CERTIFICATE OF SERVICE</u>

    A hearing has been set on **July 10, 2017, at 10:00 a.m.**, at the United States Courthouse, 300 Fannin Street, 4th Floor, Courtroom 4, Shreveport, Louisiana.

    The trustee has filed an application to sell movable and immovable property at public auction, free and clear of liens, referring liens to the proceeds. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion, then **on or before seven (7) days before the hearing date set forth for the motion,** you must file with the court a written response explaining your position by mailing your response by regular U.S. Mail to the Clerk of Court, United States Bankruptcy Court, 300 Fannin Street, Room 2201, Shreveport, LA 71101 OR your attorney must file a response using the court's ECF System.

    The court must receive your response on or before the date set above.

    You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to: John W. Luster, Attorney for John W. Luster, Trustee, Post Office Box 488, 1120 Williams Avenue, Natchitoches, LA 71458-0488.

    **IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY ENTER AN ORDER GRANTING THAT RELIEF WITHOUT FURTHER HEARING OR NOTICE.**

    Now into court, through counsel, comes John W. Luster, Trustee of the bankruptcy estate of Jack Moorman Electrical Contractors, Inc., who states:

**Jurisdiction and Venue**

1.

    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

2.

    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.

The statutory basis for relief is 11 U.S.C. §327(a) and 363(f)(2) and (4).

**Background**

4.

The debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") on April 28, 2017.

5.

Movant is the duly qualified trustee of the abovenamed debtor's estate.

6.

Among the assets of the debtor's estate are movable and immovable property located at 406 LaSalle Street, Shreveport, Louisiana 71107.

7.

The immovable property is described below:

Tract 1: Lots 1, 2 and 3, a Douglas Island Subdivision (sometimes referred to as "Manning's Douglas Island Subdivision") a subdivision of the City of Shreveport, Parish of Caddo, State of Louisiana, as per plat recorded in Book 100, page 106 of the Conveyance Records of Caddo Parish, Louisiana, together with all buildings and improvements thereon (Geographic No. 181425-017-0001) and ½ adjacent abandoned alley adjacent to Lot 3.

Tract 2: Lots 27, 28, 29 and 30, Harwell Subdivision, a subdivision in the City of Shreveport, State of Louisiana, as per plat recorded in Book 50, Page 39 of the Conveyance Records of Caddo Parish, Louisiana, together with all buildings and improvements thereon. (Geographic Nos. 181425-016-0027 and 1814-016-0028).

Together with any and all present and future buildings, construction, component parts, improvements, attachments, appurtenances, fixtures, rights, ways, privileges, advantages, batture, and batture rights, servitudes and easements of every type and description, now and/or in the future relating to the mortgaged property, and any and all lights and fixtures attached to and/or forming integral or component parts of the mortgaged property in accordance with the Louisiana Civil Code.

8.

The immovable property is encumbered by the following liens:

1) Special Mortgage for $50,000,000.00, interest, costs, etc., executed by Jack Moorman Electrical Contractors, Inc., to City Bank & Trust of Shreveport, recorded August 31, 1993, in Mortgage Book 2300, page 411, Instrument No. 1401167 and reinscribed December 15, 2003, in Mortgage Book 3744,

page 461, Instrument No. 1894303 and reinscribed June 29, 2012 in Mortgage Book 5379, page 45, Instrument No. 2410988.

2) Lien for $154,666.58, interest, costs, etc., against Jack Moorman Electrical Contractors, Inc., in favor of Rexel, recorded August 11, 2014, in Mortgage Book 5718, page 56, Instrument No. 2516570.

9.

The movable property is encumbered by the following liens:

1) IRS Tax Lien, Original File No. 09-1021720, filed May 27, 2003, Caddo Parish, Louisiana, original secured party: Department of Treasury, Internal Revenue Service

2) UCC Financing Statement filed on April 13, 2004, ; under Original File No. 09-1031212, Caddo Parish, Louisiana, original secured party: Bancorpsouth Bank; Continuation File No. 09-1105687, filed November 19, 2008; Continuation File No. 09-1231525, filed March 19, 2014.

3) UCC Financing Statement filed on August 13, 2009, ; under Original File No. 09-1119140, Caddo Parish, Louisiana, original secured party: Bancorpsouth Bank; Continuation File No. 09-1242131, filed July 14, 2014.

10.

BancorpSouth Bank is successor by merger to City Bank & Trust of Shreveport.

11.

Applicant feels that in order to properly publicize the sale and to handle the same in an orderly fashion at public auction, your applicant will need the services of an auctioneer.

12.

Trustee proposes to sell the movable and immovable property at a public auction to be conducted by Danny Lawler of Lawler Auction Company. Said public auction will take place on July 28, 2017, commencing at 10:00 a.m., on site at 406 LaSalle Street, Shreveport, Louisiana 71107 and bidders may preview and inspect the items at any time on the Internet at the said Auctioneer's website at http://www.lawlerauction.com, "Current Auctions" page, or in person at the auction site prior to the sale.

13.

Applicant has worked in this case with Danny Lawler of Danny Lawler Enterprises, LLC dba Lawler Auction Co., auctioneer, and he is familiar with the value of the assets owned by this estate, and your applicant feels he would be the best qualified auctioneer to handle said sale.

14.

Trustee proposes to compensate Danny J. Lawler of Lawler Auction Company, Auctioneer, at the rate of ten (10%) percent of the gross receipts from said sale of the movables plus a 10% buyer's premium on all sums bid to defray expenses plus any out of pocket expenses direct to a piece of equipment or vehicle such as towing or repairs. Said buyer's premium is not considered property of the estate. Trustee proposes

to compensate Danny J. Lawler of Lawler Auction Company, Auctioneer, at the rate of six percent (6%) percent of the gross receipts from said sale of the immovable property.

15.

Applicant has discussed this matter with Danny Lawler who has agreed to accept employment on the terms and conditions recited in the foregoing paragraph.

16.

That said auctioneer is a disinterested person who does not hold or represent an interest adverse to the estate; that said auctioneer shall not, while employed by applicant, represent a creditor in connection with the case; that said auctioneer has not served as an examiner in this case; that said auctioneer has no connection with the United States Trustee or any employee of the Office of United States Trustee; and that his employment as auctioneer will be in the best interest of this estate.

17.

The trustee has reviewed the auctioneer's bond.

18.

All the debtor's right, title and interest in the movable and immovable property are being sold, free and clear of liens, referring liens to the proceeds. The immovable property will not be sold for less than the BancorpSouth Bank debt, believed to be $57,500.00.

**Relief Requested**

19.

Movant is requesting authority to sell the movable and immovable property at a public auction, free and clear of liens, referring liens to the proceeds, and pay compensation of auctioneer.

WHEREFORE, John W. Luster, Trustee, prays that, after due notice and opportunity for objection, that an order be entered in consonance with these pleadings.

    /s/ John W. Luster
JOHN W. LUSTER    (Bar Roll #9184)
Post Office Box 488
1120 Williams Avenue
Natchitoches, LA  71458-0488
Telephone: (318) 352-3602
Facsimile: (318) 352-3608
E-mail: luster_j@bellsouth.net
Attorney for John W. Luster, Trustee

CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of June, 2017, a copy of the Application to Sell Movable and Immovable Property at a Public Auction, Free and Clear of Liens, Referring Liens to the Proceeds, Employ Auctioneer and Fix Compensation, Notice of Hearing and Response Deadline and Certificate of Service was sent to all parties listed on the attached mailing list by placing same in the United States mail service, postage paid and properly addressed.

                                               /s/ Ellen L. Tucker
                                                 Ellen L. Tucker

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-5<br>Case 17-10658<br>Western District of Louisiana<br>Shreveport<br>Tue Jun 13 15:00:56 CDT 2017 | A-Saf-T-Box<br>20540 Hwy 46 West<br>Suite 115<br>Spring Branch, TX 78070-6825 | BancorpSouth Bank<br>1263 North Market Street<br>Shreveport, LA 71107-6635 |
| Bates Services, LLC<br>PO Box 1631<br>Shreveport, LA 71165-1631 | Caddo Parish Sheriff's Office<br>505 Travis Street, 7th Floor<br>Shreveport, LA 71101-3027 | Construction Safety Products<br>359 Mt. Zion Road<br>Shreveport, LA 71106-6565 |
| DCMS, Inc.<br>3514 Manor Drive<br>Vicksburg, MS 39180-5693 | Digital Video Technology<br>1204 Shreeport Barksdale Hwy<br>Shreveport, LA 71105-2406 | Electric Supply Co., Inc.<br>PO Box 1741<br>Shreveport, LA 71166-1741 |
| Electrical Industry Receiving<br>I.B.E.W Local Union 194<br>PO Box 17605<br>Shreveport, LA 71138-0605 | Fire Tech Systems<br>721 N. Ashley Ridge Loop<br>Shreveport, LA 71106-7211 | Fuelman<br>PO Box 105080<br>Atlanta, GA 30348-5080 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jack Moorman Electrical Contractors, Inc.<br>PO Box 1631<br>Shreveport, LA 71165-1631 | John Hayter, III<br>Hayter & Peatross, LLC<br>9045 Ellerbe Road<br>Suite 103<br>Shreveport, LA 71106-6799 |
| Johnson Controls<br>PO Box 730068<br>Dallas, TX 75373-0068 | Kevin W. Hammond<br>Attorney for Electric Supply Co<br>Regions Bank Building<br>333 Texas Street, Suite 1401<br>Shreveport, LA 71101-3677 | Ladanco, LLC<br>1012 Hawn Avenue<br>Shreveport, LA 71107-7037 |
| Louisiana Department of Labor<br>Attn: Kathy Bookter<br>P.O. Box 94094<br>Baton Rouge, LA 70804-9094 | Louisiana Department of Labor<br>Attn: Lorraine Roach<br>P.O. Box 94094<br>Baton Rouge, LA 70804-9094 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 |
| John W. Luster<br>P.O. Box 488<br>Natchitoches, LA 71458-0488 | Megan E. Burns<br>Troutman Sanders, LLP<br>222 Central Park Avenue<br>Suite 2000<br>Virginia Beach, VA 23462-3038 | Morgan's Tools & Supply<br>630 Airport Drive<br>Shreveport, LA 71107-7040 |
| Open Roads Construction<br>103 Watson Road<br>Chesapeake, VA 23320-3928 | Robert W. Raley<br>Ayres, Shelton, Williams, et al<br>333 Texas Street, 1400 Regions Tower<br>Shreveport, LA 71101-3666 | Red Ball Oxygen<br>PO Box 7316<br>Shreveport, LA 71137-7316 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | State of Louisiana, Dept. of Labor<br>Delinquent Accounts Unit<br>POB 44127<br>Baton Rouge, LA 70804-4127 | Summit Optimization<br>PO Box 29654<br>Shreveport, LA 71149-9654 |

| | | |
|---|---|---|
| Time It Lube<br>1225 Mercedes Benz Drive<br>Shreveport, LA 71115-2329 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | W. W. Grainger, Inc.<br>PO Box 419267<br>Kansas City, MO 64141-6267 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Shell Card
PO Box 689010
Des Moines, IA 50368

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)John W. Luster
PO Box 488
Natchitoches, LA 71458-0488

End of Label Matrix
Mailable recipients   32
Bypassed recipients    1
Total                 33